**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ELVIN GORIS AND JOSE ROSA, Individually
and on behalf of all others similarly situated,

            Plaintiff,

  -against-                                             14 CV 4688
                                                   AFFIDAVIT OF SERVICE
OAK BEVERAGES, INC.,

            Defendant.
------------------------------------------------X
STATE OF NEW YORK   )
                                S.S.:
COUNTY OF ALBANY   )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 1ST day of July, 2014, at approximately the time of 11:00A.M., at the office of the Secretary of State, of the State of New York in the City of Albany, deponent served the SUMMONS IN A CIVIL ACTION AND CLASS & COLLECTIVE ACTION COMPLAINT upon OAK BEVERAGES, INC., in this action, by delivering to and leaving with CHAD MATICE an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        CHAD MATICE is a white male, approximately 28 years of age, stands approximately 5 feet 0 inches tall, weighs approximately 200 pounds with brown hair and wears glasses.

_____
DEBORAH LaPOINTE

Sworn to before me this
1ST day of July, 2014

_____
NOTARY PUBLIC

FRANK J. PANUCCI
NOTARY PUBLIC, STATE OF NEW YORK
COUNTY OF ALBANY
# 4721156
COMMISSION EXPIRES JULY 31, 20 14

D.L.S., Inc.
100 State Street
Ste. 220
Albany, NY 12207
518-449-8411
www.dlsnational.com