# PELTON & ASSOCIATES PC

ATTORNEYS AT LAW

111 BROADWAY, SUITE 1503, NEW YORK, NY 10006
PHONE: (212) 385-9700 , FAX: (212) 385-0800 | WEBSITE: www.peltonlaw.com

**BRENT PELTON**
E-MAIL: pelton@peltonlaw.com

December 10, 2014

**VIA ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10006

Re:  *Goris et al. v. Oak Beverages, Inc.*
Civil Action No. 14 Civ. 4688 (JGK)

Dear Judge Koeltl:

[Handwritten annotation by Judge:
1. The Conference scheduled for 12/22/14 is cancelled.
2. Any settlement papers should be submitted to the Court by 1/5/15. The parties are reminded that they should submit an explanation as to why the settlement is fair and reasonable, including a comparison of the amount of the settlement with the amount sought in the litigation. SO ORDERED.
12/18/14  /s/ USDJ]

This office represents Plaintiffs in the above-referenced action. We write to notify the Court that the parties have reached a preliminary settlement and are currently finalizing the terms of the settlement agreement.

We therefore respectfully request an adjournment *sine die* of the initial status conference scheduled for December 22, 2014. Defendants consent to this request. The parties have not previously requested an adjournment or extension of this conference and anticipate filing a stipulation of dismissal shortly.

We appreciate Your Honor's attention to this matter. Please contact the undersigned should you have any questions regarding this submission.

Respectfully submitted,

*/s/ Brent E. Pelton*

Brent E. Pelton, Esq. of
PELTON & ASSOCIATES PC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/19/14